# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CREDIT SUISSE SECURITIES (USA) LLC, | ) ) ) |
| Petitioner, | ) Case No. 23-cv-325 ) |
| v. | ) Hon. Steven C. Seeger ) |
| WILLIAM K. BLANCHARD., *et al.*, | ) ) |
| Respondent. | ) ) |

## FINAL JUDGMENT ORDER

This action having been commenced on January 19, 2023 with the filing of a Petition to Confirm Arbitration Award (the "Petition"), and a copy of the Summons and Petition having been served on Respondent William K. Blanchard ("Respondent") by delivering a copy to Jane Grover, a person of suitable age and discretion who resides at Respondent's residence or usual place of abode, and proof of such service thereof having been filed on January 31, 2023, and the Respondent not having answered the Petition, and the time for responding to the Petition having expired, it is

ORDERED, ADJUDGED AND DECREED:

That the Final Award, dated August 15, 2022, appended to the Petition is Confirmed;

That the Petitioner have judgment against Respondent in the amount of $379,853.94, with interest at $8.68 per day from July 5, 2022 through September 16, 2022, and $50.79 (*i.e.*, the contractual interest rate of 4.88%) from September 16, 2022 through August 25, 2023.

Date: August 25, 2023

_____
Steven C. Seeger
United States District Judge